UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ЈЉЊ D.C.

2005 JUN 23 PM 2: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | CR. NO. 03-20389-B |
| CALVIN COBB, ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Lorraine Craig, Assistant United States Attorney applies to the Court for a Writ to have Calvin Cobb, R&I # 000289827, DOB 11/18/1976, SSN 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 now being detained at the Shelby County Jail, Memphis, Tennessee, to appear before the Honorable U.S. District Judge J. Daniel Breen on June 30, 2005, at 10:00 a.m., for a Report Date and for such other appearances as this Court may direct.

Respectfully submitted this 23rd day of June, 2005.

*Lorraine Craig*
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND A. C. GILLESS, SHERIFF.

YOU ARE HEREBY COMMANDED to have CALVIN COBB, appear before the HONORABLE U.S. DISTRICT JUDGE J. DANIEL BREEN on the date and time aforementioned.

ENTERED this 23rd day of June, 2005.

*S. Thomas Anderson*
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-23-05

(49)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CR-20389 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT