IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY cg ___ D.C.
05 JUN 30 PM 2: 42
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 03-20389-B |
| CALVIN COBB, | ) | |
| Defendant. | ) | |

ORDER ON CHANGE OF PLEA
AND SETTING

This cause came to be heard on June 30, 2005, the United States Attorney for this district, Lorraine Craig, appearing for the Government and the defendant, Calvin Cobb, appearing in person and with counsel, Ned Germany, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 2 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 4, 2005, at 1:30 P.M.,** in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.

Defendant is allowed to remain released on present bond.

**ENTERED** this the 30 day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CR-20389 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT