FILED IN OPEN COURT
DATE: 11/29/05
TIME: 3:30 pm
INITIALS: JE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                                          Cr. No. 03-20389-B

CALVIN COBB,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO DELAY SELF-REPORT DATE

For good cause shown, the Court hereby **GRANTS** defendant's motion to delay self-report, currently set for Wednesday, November 30, 2005, ~~for 45 days or~~ until December 30, 2005.

It is so **ORDERED**, this the 29th day of November, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

63

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:03-CR-20389 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT